IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERICKA LUNA,

      Plaintiff,

v.                                                                             No. CV 21-174 JCH/CG

FARMERS INSURANCE COMPANY
OF ARIZONA,

      Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadlines* (the "Motion"), (Doc. 20), filed July 16, 2021. The Court previously set this case on a bifurcated discovery track, with the first phase of discovery—which concerns the parties' contractual claims—to be completed by September 16, 2021. *See* (Doc. 13); (Doc. 14).

In the instant Motion, the parties explain that "Defendant is in the process of scheduling the deposition of one of Plaintiff's medical providers," and "[o]nce that deposition is completed, the parties will be in a better position to evaluate the case and discuss settlement." (Doc. 20 at 1). As a result, the parties request a "three-month extension" on the dates and deadlines set forth in the Court's prior *Scheduling Order*, (Doc. 14). *Id.* The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the existing deadlines shall be modified as follows:

1. The deadline for Plaintiff to submit expert reports shall be extended to **October 18, 2021**;

2. The deadline for Defendant to submit expert reports shall be extended to

**November 17, 2021**;

3. The deadline for completion of discovery on contractual claims shall be extended to **December 16, 2021**;

4. The deadline for motions relating to discovery on contractual claims shall be extended to **January 5, 2022**; and

5. The deadline for other pretrial motions shall be extended to **January 18, 2022**.

All other deadlines remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE