IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERICKA LUNA,

      Plaintiff,

v.                                          No. CV 21-174 JCH/CG

FARMERS INSURANCE COMPANY
OF ARIZONA,

      Defendant.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the parties shall file a Joint Status Report by no later than **September 23, 2021**, updating the Court on (1) the status of discovery and (2) the parties' amenability to scheduling a settlement conference.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE